# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MU'MIN ABDULAZIZ/ASKEW,**
**ADC #082276**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-529-JM-BD**

**DEXTER PAYNE,** *et al*.                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation to dismiss Mr. Abdulaziz/Askew's claim regarding the availability of the grievance process. Mr. Abdulaziz/Askew has not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Abdulaziz/Askew's claims regarding the Defendants' failure to properly process his grievances are DISMISSED, without prejudice.

IT IS SO ORDERED this 9th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE