# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MU'MIN ABDULAZIZ/ASKEW,**
**ADC #082276**                                                             **PLAINTIFF**

**V.**          **CASE NO. 4:20-CV-529-JM-BD**

**DEXTER PAYNE,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommendation to deny Mr. Abdulaziz/Askew's motion for preliminary injunctive relief. After careful review of the Recommendation, the Plaintiff's objections and a *de novo* review of the record, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Abdulaziz/Askew's motion for preliminary injunctive relief (Doc. No. 26) is DENIED.

IT IS SO ORDERED this 8th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE