# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MU'MIN ABDULAZIZ/ASKEW,
ADC #082276                                                                    PLAINTIFF

V.                         CASE NO. 4:20-CV-529-JM-BD

DEXTER PAYNE, *et al*.                                                        DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal of some of Mr. Abdulaziz/Askew's claims filed by Magistrate Judge Beth Deere and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

The Medical Defendants' motion to dismiss and Defendant Hutchinson's motion for judgment on the pleadings (Doc. Nos. 29, 34) are GRANTED. Claims against Defendants Coney, Fortson, and Hutchinson should be DISMISSED, without prejudice, based on his failure to state a constitutional claim against those Defendants.

IT IS SO ORDERED this 3rd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE