IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MU'MIN ABDULAZIZ/ASKEW,
ADC #082276                                                                                   PLAINTIFF

V.                          CASE NO. 4:20-CV-529-JM-BD

DEXTER PAYNE, *et al*.                                                                    DEFENDANTS

## ORDER OF DISMISSAL

The Court has received a Recommendation to dismiss Mr. Abdulaziz/Askew's claims submitted by United States Magistrate Judge Beth Deere, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety.

The ADC Defendants' motion for summary judgment is GRANTED. Mr. Abdulaziz/Askew's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. The Clerk is instructed to close this case.

IT IS SO ORDERED this 3rd day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE